UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE EDWARD ATKINS,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 17-cv-03791-VC  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On July 3, 2017, Bruce Atkins, a state prisoner proceeding pro se submitted a motion for a prelimary injunction seeking release from jail.

On August 14, 2017, Court mail was returned as undeliverable because Atkins was out of custody. Pursuant to Northern District Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b).

More than sixty days have passed since the mail sent to Atkins by the Court was returned as undeliverable and the Court has not received a notice from Atkins of his current address. Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. All pending motions are terminated.

**IT IS SO ORDERED.**

Dated: November 14, 2017

_____
VINCE CHHABRIA
United States District Judge